# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Atlas Air, Inc., : 
                Petitioner : 
                 : 
     v. : 
                 : 
Workers' Compensation Appeal : 
Board (O'Donnell (Deceased)), : 
              Respondent :     No. 117 C.D. 2015

## **O R D E R**

NOW, December 16, 2015, having considered petitioner's application for en banc reargument or panel reconsideration and respondent's response in opposition thereto, the application is denied.

 

_____

DAN PELLEGRINI,
President Judge